IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ILIANA MARIA LOAIZA, FOR ROBERTO EDMUNDO LOAIZA (DECEASED), | § § § § § § § § § § § § | SA-20-CV-01110-ESC |
| *Plaintiff,* | | |
| vs. | | |
| KILOLO KIJAKAZI, | | |
| *Defendant.* | | |

# FINAL JUDGMENT

On this day, the Court vacated the Commissioner's decision finding Plaintiff not disabled due to a finding of medical improvement during the period of May 1, 2015, to June 30, 2016. For the reasons set forth in the Court's memorandum opinion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 31st day of March, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE